# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: PRO SOCCER, INC.   § Case No. 17-90768-SHR
                          §
                          §
Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Irma Edmonds, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $61,224.13            Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,148.33    Claims Discharged
                                              Without Payment: N/A

Total Expenses of Administration: $19,351.67

3) Total gross receipts of $ 27,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $27,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,351.67 | 19,351.67 | 19,351.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 268,987.97 | 196,780.90 | 180,445.72 | 8,148.33 |
| **TOTAL DISBURSEMENTS** | $268,987.97 | $216,132.57 | $199,797.39 | $27,500.00 |

    4) This case was originally filed under Chapter 7 on September 23, 2017. The case was pending for 35 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/28/2020     By: /s/Irma Edmonds
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inventory: Fixtures, hangers, apparel etc | 1129-000 | 2,500.00 |
| Lawsuit Pending: Pro Soccer vs David Gregorio | 1149-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$27,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Irma Edmonds | 2100-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| Trustee Expenses - Irma Edmonds | 2200-000 | N/A | 418.72 | 418.72 | 418.72 |
| Attorney for Trustee Fees (Trustee Firm) - HEFNER, STARK & MAROIS LLP | 3110-000 | N/A | 15,342.00 | 15,342.00 | 15,342.00 |
| Other - International Sureties, LTD | 2300-000 | N/A | 13.66 | 13.66 | 13.66 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.78 | 13.78 | 13.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.97 | 11.97 | 11.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.57 | 22.57 | 22.57 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 9.66 | 9.66 | 9.66 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 19.31 | 19.31 | 19.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $19,351.67 | $19,351.67 | $19,351.67 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Soccer Pro, Inc. | 7100-000 | 0.00 | 155,577.86 | 155,577.86 | 7,025.38 |
| 2 | AMERICAN EXPRESS BANK, FSB | 7100-000 | N/A | 6,178.30 | 0.00 | 0.00 |
| 3 -2 | Adolfo S. Gregorio | 7100-000 | 225,000.00 | 24,867.86 | 24,867.86 | 1,122.95 |
| 4 | Fresno Pro Soccer Sports Zone, Inc. | 7100-000 | 0.00 | 10,156.88 | 0.00 | 0.00 |
| NOTFILED | Lifang Liu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Macko, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | STANISLAUS COUNTY SUPERIOR COURT | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Etan E. Rosen, Esq. | 7100-000 | 43,987.97 | N/A | N/A | 0.00 |
| NOTFILED | Sacramento County Superior Court | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Lucy B. Gregorio | 7100-000 | 0.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Adolfo S. Gregorio | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | David Gregorio | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bowles Verna LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $268,987.97 | $196,780.90 | $180,445.72 | $8,148.33 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-90768-SHR  
**Case Name:** PRO SOCCER, INC.

**Trustee:** (001050) Irma Edmonds  
**Filed (f) or Converted (c):** 09/23/17 (f)  
**§341(a) Meeting Date:** 11/20/17

**Period Ending:** 08/28/20  
**Claims Bar Date:** 04/12/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1　Bank of the West Checking 9580 | 924.13 | 924.13 | | 0.00 | FA |
| 2　Accounts Receivables | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 3　Inventory: Fixtures, hangers, apparel etc | 10,000.00 | 10,000.00 | | 2,500.00 | FA |
| 4　Equipment: cash register, calculators | 300.00 | 300.00 | | 0.00 | FA |
| 5　Lawsuit Pending: Pro Soccer vs David Gregorio　Case No 2011837 | 0.00 | 60,000.00 | | 25,000.00 | FA |
| 5　Assets　Totals (Excluding unknown values) | **$71,224.13** | **$131,224.13** | | **$27,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/16/17- Referred to Howard Nevins for represenation of transfer of monies to President of Corporation for half of business assests from wife in dissolution and civil suit.

1/10/18- Nevins communicating with Attorney Warda to determine if will work for estate on a contingency on a civil matter against various sports brands.

1/30/18- Jessica Dorn will be counsel for Corp president on dissolution matter and his retention of monies which may be property of estate as he received an "equalizing payment"

2/5/18- Wife of president of corpaoration offering $4000 for estate interest in lawsuit, the offer is too low

2/22/18- Dorn requesting info on our postion of MSA in dissolution

2/27/18- having issues finding buer for remnant soccer items

3/19/18- Nevins having issues getting Warda to serve as counsel for the estate

4/4/18- reviewed email from Nevis to Dorn regarding dissolution payment

4/10/18-reviewed email fom Nevins to Dorn regarding monies in dissolution-the court stated as follows: "Based upon the foregoing, the court finds the net amount owed by petitioner to equalize the division of the Fresno and Modesto Pro Soccer stores is $56,991.13." The "foregoing" to which the court referred is his analysis of the business assets of the stores, assets the creditors of Pro Soccer had (and have) a right to be paid from.

4/11/18- emailed Warda regarding his interest in the case

5/23/18- Warda is not responding thus will not retain on case

7/6/18- Ex-wife offering $12,000 to acquire lawsuit

8/1/18- reviewed revised settlement agreement on lawsuit

8/15/18- reveiwed and signed settlement and motion fo sell suit

9/6/18- sale motion granted

11/1/18 a soccer club may be interested in soccer items

1/11/19- drafted agreement to sell soccer items for $2500. To prepare motion for sale

3/12/19- counsel for buyer of litigation seeks a letter which confirms that the consideration was paid and the settlement or purchase of claims is complete they are trying to dismiss the state court action.

4/2/19- Buyer of Soccer items collected property since court approved motion of sale

5/29/19- counsel for estate paid per court order

8/1/19- Trustee to file TFR

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-90768-SHR                    **Trustee:**        (001050)    Irma Edmonds
**Case Name:**     PRO SOCCER, INC.              **Filed (f) or Converted (c):** 09/23/17 (f)
                                                 **§341(a) Meeting Date:**       11/20/17
**Period Ending:** 08/28/20                      **Claims Bar Date:**            04/12/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

1/14/20 - Emails to creditors regarding documentation on proof of claims

**Initial Projected Date Of Final Report (TFR):**    September 1, 2019        **Current Projected Date Of Final Report (TFR):**    May 27, 2020  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-90768-SHR  
**Case Name:** PRO SOCCER, INC.  
**Taxpayer ID #:** REQUESTED  
**Period Ending:** 08/28/20  

**Trustee:** Irma Edmonds (001050)  
**Bank Name:** Mechanics Bank  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $32,099,078.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/06/18 | {5} | Fresno Pro Soccer Inc | Sale of Lawsuit | 1149-000 | 7,500.00 | | 7,500.00 |
| 08/06/18 | {5} | Pro Soccer Inc | Sale of Lawsuit | 1149-000 | 5,000.00 | | 12,500.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.78 | 12,486.22 |
| 09/19/18 | {5} | Soccer Pro Inc | Sale of litigation claim | 1149-000 | 12,500.00 | | 24,986.22 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.97 | 24,974.25 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.57 | 24,951.68 |
| 01/10/19 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/10/2019 FOR CASE #17-90768, 2019 Bond Payment Bond #010648575 | 2300-000 | | 8.76 | 24,942.92 |
| 01/15/19 | {3} | CenCal Cosmos | Purchase of Scoccer Apparel | 1129-000 | 2,500.00 | | 27,442.92 |
| 05/29/19 | 102 | Hefner, Stark & Marois LLp | Attorney for Trustee Fees | 3110-000 | | 15,342.00 | 12,100.92 |
| 08/28/19 | | Transition Transfer Debit | | 9999-000 | | 12,100.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **27,500.00** | **27,500.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 12,100.92 | |
| | | | **Subtotal** | | **27,500.00** | **15,399.08** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$27,500.00** | **$15,399.08** | |

{} Asset reference(s)      Printed: 08/28/2020 04:52 PM    V.14.66

Filed 09/01/20    Case 17-90768    Doc 60

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-90768-SHR  
**Case Name:** PRO SOCCER, INC.

**Trustee:** Irma Edmonds (001050)  
**Bank Name:** United Bank  
**Account:** ********9881 - Checking Account

**Taxpayer ID #:** REQUESTED  
**Period Ending:** 08/28/20

**Blanket Bond:** $32,099,078.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/28/19 | | Transfer from 0061 to 9881 | Transfer from 0061 to 9881 | 9999-000 | 12,100.92 | | 12,100.92 |
| 01/28/20 | 10103 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/28/2020 FOR CASE #17-90768, Bond # 016048575 | 2300-000 | | 4.90 | 12,096.02 |
| 02/05/20 | | Transfer from 9881 to 1582 | Transfer from 9881 to 1582 | 9999-000 | | 12,096.02 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,100.92 | 12,100.92 | $0.00 |
| | | | Less: Bank Transfers | | 12,100.92 | 12,096.02 | |
| | | | Subtotal | | 0.00 | 4.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $4.90 | |

{} Asset reference(s)                                                                 Printed: 08/28/2020 04:52 PM    V.14.66

# Form 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 17-90768-SHR | | **Trustee:** | Irma Edmonds (001050) |
|---|---|---|---|---|
| **Case Name:** | PRO SOCCER, INC. | | **Bank Name:** | Metropolitan Commercial Bank |
| | | | **Account:** | ******1357 - Checking Account |
| **Taxpayer ID #:** | REQUESTED | | **Blanket Bond:** | $32,099,078.00  (per case limit) |
| **Period Ending:** | 08/28/20 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/05/20 | | Transfer from 4083 to 1357 | Transfer from 4083 to 1357 | 9999-000 | 12,096.02 | | 12,096.02 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 9.66 | 12,086.36 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 19.31 | 12,067.05 |
| 06/24/20 | 20104 | Irma Edmonds | Dividend paid 100.00% on $418.72, Trustee Expenses;  Reference: | 2200-000 | | 418.72 | 11,648.33 |
| 06/24/20 | 20105 | Irma Edmonds | Dividend paid 100.00% on $3,500.00, Trustee Compensation;  Reference: | 2100-000 | | 3,500.00 | 8,148.33 |
| 06/24/20 | 20106 | Soccer Pro, Inc. | Dividend paid   4.51% on $155,577.86; Claim# 1; Filed: $155,577.86; Reference: | 7100-000 | | 7,025.38 | 1,122.95 |
| 06/24/20 | 20107 | Adolfo S. Gregorio | Dividend paid   4.51% on $24,867.86; Claim# 3-2; Filed: $24,867.86; Reference: | 7100-000 | | 1,122.95 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 12,096.02 | 12,096.02 | $0.00 |
| | Less: Bank Transfers | | 12,096.02 | 0.00 | |
| | Subtotal | | 0.00 | 12,096.02 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$0.00** | **$12,096.02** | |

```
Net Receipts :        27,500.00
                     _____
Net Estate :         $27,500.00
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3666** | 27,500.00 | 15,399.08 | 0.00 |
| **Checking # ********9881** | 0.00 | 4.90 | 0.00 |
| **Checking # ******1357** | 0.00 | 12,096.02 | 0.00 |
| | $27,500.00 | $27,500.00 | $0.00 |